14-4062-cv
Mariah Re Ltd. v. Am. Family Mutual Ins. Co.

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

### S U M M A R Y   O R D E R

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 30th day of June, two thousand fifteen.

Present: RALPH K. WINTER,
         CHESTER J. STRAUB,
         SUSAN L. CARNEY,
                   Circuit Judges.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARIAH RE LIMITED (In Liquidation), acting by and through Geoffrey Varga and Jess Shakespeare, in their capacities as Liquidators thereof,

              Plaintiff-Appellant,

                     v.                        No. 14-4062-cv

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ISO SERVICES, INCORPORATED, AIR WORLDWIDE CORPORATION,

              Defendants-Appellees.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PLAINTIFF-APPELLANT
MARIAH RE LTD.:                    JONATHAN D. COGAN, Kobre & Kim
                                   LLP, New York, NY.

FOR DEFENDANT-APPELLEE
AM. FAMILY MUTUAL INS. CO.:        ROBERT A. KOLE, (Jean-Paul
Jaillet, Choate, Hall &
Stewart, David S. Douglas and
Adam M. Felsenstein, Gallet
Dreyer & Berkey, LLP, on the
brief), Choate, Hall &
Stewart, Boston, MA.


FOR DEFENDANTS-APPELLEES ISO
SERVS., INC. AND AIR WORLDWIDE
CORP.:                            JOEL M. COHEN (Matthew B.
Rowland, on the brief), Davis
Polk & Wardwell LLP, New York,
NY.

Appeal from the judgment of the United States District Court for the Southern District of New York (Sullivan, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED.**

Mariah Re Ltd. ("Mariah") appeals from Judge Sullivan's dismissal of its claims against American Family Mutual Insurance Co. ("American Family"), ISO Services, Inc. ("PCS"), and AIR Worldwide Corporation ("AIR").

Mariah is a special purpose entity created to provide reinsurance amounts to American Family in the event of severe storms in various geographical areas. The amounts owed to American Family by Mariah were not geared to losses actually insured by American Family but rather to a formula dealing with severe weather events in designated areas. Mariah contracted with PCS, a preexisting entity that monitors severe weather

2

events, for a subscription to PCS's databases and associated bulletins. Under Mariah's contract with AIR, AIR was to calculate the amount Mariah owed American Family under the reinsurance contract using data that PCS had compiled on a given storm. Following a particularly catastrophic storm in the Midwest in April 2011, AIR applied the predetermined calculations to data from PCS's catastrophe bulletin and determined that Mariah was liable for the full amount of the reinsurance policy. American Family collected the amount from an escrow agent pursuant to its contract with Mariah. Based principally on addenda issued by PCS, Mariah sued the various appellees, claiming breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, conversion, and tortious interference with contract. The district court granted appellees' Fed. R. Civ. P. 12(b)(6) motion to dismiss.

We **AFFIRM** the judgment of the district court for substantially the reasons stated by Judge Sullivan in his opinion of September 30, 2014.

**FOR THE COURT:**
**Catherine O'Hagan Wolfe, Clerk**

3